IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:13-cv-290

Betty A. Henry,

    Plaintiff,

v.

WakeMed Health & Hospitals, Inc., Paul Keene, in his official and individual capacity, Wayne Worden, in his official and individual capacity,

    Defendants.

**ORDER GRANTING STAY**

THIS MATTER is before the Court on Defendants WakeMed Health & Hospital, Inc., Paul Keene, and Wayne Worden's Consent Motion for Stay (the "Motion"). Having considered the matter and reviewed the record in this matter, the Court concludes there is good cause for the Motion. Therefore, the Motion ~~should be~~ is GRANTED.

SO ORDERED this the **24** day of **July**, 2013.

                                              _____
                                              The Honorable James C. Dever, III